1  _Kenneth James Maxwell Jr_ (Full Name)
2  _kennethmaxwell1104@gmail.com_ (Email Address)
3  _2817 S. Figueroa Street, APT #5_ (Address Line 1)
4  _Los Angeles, CA 90003_ (Address Line 2)
5  _1-213-433-9921 cell#_ (Phone Number)
6  Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

_Kenneth James Maxwell Jr._,

Plaintiff,

vs. _Civil Division_
_United States Attorney_
_"MARTIN E. Estrada"_

Defendant(s).

Case No.: CV23-91-JFW (MRW)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded**: ☑Yes ☐ No

(*All paragraphs and pages must be numbered.*)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because _It arise In the District And Jurisdiction of The U.S.D.C of Central District of California, Los Angeles County_

Page Number _One_

## My complaint

Dear Mr. Estrada; As United States Attorney, you, yourself, oversees the Investigation and litigation of all criminal and civil cases brought on behalf of The United States in the Central District of California...

My "Name is Kenneth James Maxwell, JR." I have exhausted all my legal remedies. And has turned to the Courts after being civilly dead and civil imprisonment. It's evident! How the Federal Bureau of Investigation is Breaking Law; Themselves... The FBI is showing lack of Respect for the U.S. Constitution in Regards of the Bill of Rights; which was Ratified December 15, 1791; The Amendments 1-10 Especially Amendment (1) Freedoms, Petitions, Assembly, Amendment (4) Search and Arrest, Amendment (5) Rights in Criminal Cases, Amendment (6) Right to a Fair Trial, Amendment (7) Rights in Civil Cases, Amendment (8) Bail - fines, punishment, Amendment (9) Rights Retained by The People And (last and least) Amendment (10) States Rights (my main concern) Is Amendment (14) CIVIL RIGHTS; Section 1; All Persons Born or Naturalized in the U.S. and Subject to Jurisdiction thereof, are citizens of the U.S. and of the State wherein they reside. No State shall make or Enforce any law which shall (ABRIDGE) the privileges or (IMMUNITIES) of citizens of the United States; Nor SHALL ANY STATE (DEPRIVE) Any person of LIFE, LIBERTY, or PROPERTY, (WITHOUT) DUE PROCESS of LAW; NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAW.

Two
Page Number

01-04-2023
Kenneth James Maxwell, Jr.

## III. PARTIES

3. Plaintiff _Kenneth James Maxwell, Jr_ resides at:
   _(your full name)_
   _7817 South Figueroa Street, Apt #5,_
   _Los Angeles, California 90003_
   _(your address)_

_(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)_

4. Defendant _MR. MARTIN E. ESTRADA_ works at
   _(full name of Defendant)_
   _Civil Division,_
   _U.S. Attorney's Office 300 N. Los Angeles St, Suite 7516, LA, CA 90012_
   _(Defendant's place of work)_

Defendant's title or position is _California's U.S. Attorney for the Central District_
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity    ☑ official capacity

This Defendant was acting under color of law because: _of the D.O.J._
_California's Attorney General "Rob Bonta" and the_
_Federal Bureau of Investigation & the 9001. U.S.A Patriot Act_
_Unconstitutional_

5. Defendant _____ works at
   _(full name of Defendant)_

   _____
   _(Defendant's place of work)_

Defendant's title or position is _____
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity    ☐ official capacity

This Defendant was acting under color of law because: _____

_THREE_
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. On December 1 & 2, The FBI, used Confidential Federal Informants In Hollywood Hotel called The Vine-Lodge, on 1818 Vine Street, Cross Street Yucca, On December 1st, The Tenant who stayed above me played music and moved furniture around; From 10 pm(?) 4 am. And On December 2nd, The same Tenant played loud music again; keeping me awake for two Nights straight.

2. Remember it rained on December 1st and December 2nd; I receive (SSI) Supplemental Security Income payment on the first of each month. My rent was $2,000.00 monthly, which was $400.00 Dollars weekly... So, On December 3rd, It wasn't raining, So I decided to Go Grocery shopping that Saturday while it wasn't raining. At the Hollywood & Vine Station; I noticed that the

3. Homeless people was following me. I always believe The Homeless people be decoy, Federal Field Agents Trying to lure me into compromising statement or act Through (Entrapment)... The Federal Agents pick-pocket (me) on some Whistleblower Retaliation; on December 3rd, I filed a LAPD Investigative Report with Hollywood Police Department, And on December 6th, 2022, I filed "Statement of Claimant" with the Social Security Administration, I was told" That

Four
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

4. THE UNITED STATES ATTORNEY'S OFFICE WAS IN CHARGE OF MAKING THE DECISION ON REIMBURSEMENT." THE SOCIAL SECURITY ADMINISTRATION, WAS WAITING ON THE UNITED STATES ATTORNEY'S OFFICE TO DECIDE.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

1. Plaintiff realleges and incorporates by reference all of the paragraphs above.

2. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:
FOURTH AMENDMENT; AND FIFTH AMENDMENT. OVERALL; MY MAIN CONCERN, IS SEVENTH AMENDMENT

3. The above civil right was violated by the following Defendants:
THE FEDERAL GOVERNMENT OF THE U.S. THE "F.B.I." AND THE "D.O.J."

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

4. Civilly Imprisonment And Civil Denial WHISTLEBLOWER - Retaliation by THE F.B.I., entrapment... unconstitutional

5. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:
Homelessness And Lost of Personal Property $2,000.00 December Rent Money $. Federal Field Agents And Federal Informants Theft / Living In Homeless Shelter.

Six
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. AS MAY BE JUST AND PROPER UNDER THE CIRCUMSTANCES OF THIS CASE
   1. Billion Dollars

Dated: January 4th, 2023
Sign: Kenneth James Maxwell, Jr.
Print Name: Kenneth James Maxwell, Jr.

Seven
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: *January 4th, 2023*
Sign: *Kenneth James Maxwell, Jr.*
Print Name: *Kenneth James Maxwell, JR*


Page Number: EIGHT

Civil Rights Complaint Pursuant to U.S.C. § 1983

5701/5749 S. Western Ave.
Los Angeles, Ca. 90062
Ph.# 323-291-6753 Ext. 219
Fax# 323-292-1512
Email: lcromwell@testimonial-clc.org



**Testimonial Community Love Center**

# Memo

**To:** All Crisis Housing Clients
**From:** Dr. Lorena Cromwell
**CC:** Kenneth Maxwell
**Date:** December 22, 2022
**Re:** Case Management Meetings

---

<u>All case management meetings will be by appointment only.</u>

<u>9:00 AM to 11:00AM & 1:00PM to 3:45 PM Tuesday through Thursday and will be limited to 15-minute sessions.</u>

Please contact your Case Manager to set-up appointment times.

These sessions are important for you to reach your program goals. If you have not achieved your program goals two weeks before your scheduled exit, do not expect and application for and extension to be made on your behalf and you must make plans for your exit. Program goals are as follows but are not limited to this list.

1. Tuberculosis Clearance: Free at Curtis R. Tucker Clinic or Martin Luther King Clinic. (In most cases 3 to 4 days to get) Case Manager needs to have TB Results in 7 Days.

2. Current California ID or Driver's License: (No Copies) (In most cases, at most 10 business days) Conditional reduced fees certificate available in some cases to $8.00

3. Social Security Card: (No Copies) (can be ordered and documented when ID or Driver's License is obtained)

4. Birth Certificate: (No Copies) ask about the agency (CES) that will take you to the county recorder and pay for you birth certificate and other documents such as the DMV, Social Security Administration, and D.P.S.S.

5. Having a viable housing opportunity within the next 30 days (mandatory for application of extension) shared housing, transitional housing, permanent housing etc.

Setting up appointments and achieving the above goal are your responsibility.

Client Acknowledgement: *Kenneth James Maxwell, Jr* (signature)

1



EXHIBIT 1-9

## TCLC Crisis / Bridge Housing Welcome Letter
### A Program of Movement Not Residency

**Today's Date: 12/22/2022**

Dear Kenneth Maxwell

Welcome to Testimonial Community love Center (TCLC). The TCLC's purpose is to provide a safe and stable environment for you as you work towards becoming permanently housed through TCLC. Please see below for details about your temporary Crisis Housing placement.

**Entry and Exit Date: December 22, 2022**
    **TBA**

**Crisis Housing Location Information:**
- An individual unit has been reserved for you at the following location. The contact person of at the facility is **Cynthia Carter** she can be reached at **323-291-6753 Ext 211**.

Testimonial Community Love Center
5721 S. Western Avenue
Los Angeles, CA 90062
The main cross streets are Western Avenue and Slauson.

**Approved Individual for Crisis Housing: Kenneth Maxwell**
The following individual is the only persons permitted to occupy the assigned crisis housing, and No other persons are allowed to stay overnight at the site:


Please be advised that during your stay you are required to adhere to the facility rules as well as the rules of the TCLC.

Attached to this letter you will find 1) a complete set of the TCLC and Shelter Rules, 2) Grievance Policy and Procedures, and 3) Program Termination Policy.

Should you have any questions or concerns, feel free to contact Jimmy Carter Intake Coordinator, at 323-291-6753 ext. 220 or Case Manager: Dr. Cromwell at 323-291-6753 ext.219


Upon signature of the Program Participant Welcome Letter, the participant is consenting to participant in the program and is certifying that they have read (or have been read) the program guidelines, that they understand and consent to the expectations regarding abiding by the program guidelines, and that they understand that they understand that the location is not considered permanent and therefore participants may not claim tenancy.

Print Name _Kenneth James Maxwell Jr_   Signature _Kenneth James Maxwell, Jr_   Date _12-22-2022_

Form **SSA-795** (06-2022) UF
Discontinue Prior Editions
Social Security Administration

Page 1 of 2
Form Approved
OMB No. 0960-0045

## STATEMENT OF CLAIMANT OR OTHER PERSON

Name of Wage Earner, Self-employed Person, or SSI Claimant

Kenneth James Maxwell, JR

Social Security Number

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

Name of Person Making Statement (If other than above wage earner, self-employed person, or SSI claimant)

Self - Kenneth James Maxwell, JR

Relationship to Wage Earner, Self-Employed Person, or SSI Claimant

Self - Kenneth James Maxwell, JR

Understanding that this statement is for the use of the Social Security Administration, I hereby certify that -

Social Security Administration Today's Date December 06, 2022

Code of Federal Regulations

§ 416.520. Emergency Advance payments.

HOLLYWOOD, CA
DEC 06 2022
968
SSA DISTRICT OFFICE

(2) Financial Emergency: is the financial status of An Individual who has insufficient income or Resource to meet An immediate threat to Health or Safety, Such As the lack of Food, clothing, shelter, or Medical Care...

I, Kenneth James Maxwell, JR lives In Vine-Lodge-Hotel; 1818 Vine Street Los Angeles, California 90028...

On December 3rd, I was pickpocket By the Homeless people On Drugs. My Rent IS, $2,000.00 dollars monthly... Attached is my police Report. Investigative

Kenneth James Maxwell, Jr
December 06, 2022

Form **SSA-795** (06-2022) UF

Page 2 of 2

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false statement about a material fact in this information, or causes someone else to do so, commits a crime and may be subject to a fine or imprisonment.

## SIGNATURE OF PERSON MAKING STATEMENT

Signature (First name, middle initial, last name) (Write in ink)

*Kenneth James Maxwell, JR*

Date (Month, day, year)

*December 06, 2022*

Telephone Number (Include Area Code)

*1·213·433·9921 (cell #)*

Mailing Address (Number and street, Apt. No., P.O. Box, Rural Route)

*2817 S. Figueroa Street, APT #05*

City and State

*Los Angeles, California*

ZIP Code

*90003*

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the individual must sign below, giving their full addresses.

1. Signature of Witness

*Hollywood Community Police Station*

Address (Number and street, City, State, and ZIP Code)

*1358 Wilcox Ave*
*LA, CA 90028*

2. Signature of Witness

*Hollywood Community Police Station*

Address (Number and street, City, State, and ZIP Code)

*1358 Wilcox Ave*
*LA, CA 90028*

## Privacy Act Statement
### Collection and Use of Personal Information

Section 205(a) of the Social Security Act, as amended, allows us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed.

We will use this information you provide to determine benefits eligibility. We may also share the information for the following purposes, called routine uses:

- To third party contacts (including private collection under contract with us), for the purpose of their assisting us in recovering overpayments; and

- To contractors and other Federal agencies, as necessary, for the purpose of assisting us in the efficient administration of our programs. We will disclose information under this routine use only in situations in which we may enter into a contractual or similar agreement to obtain assistance in accomplishing an SSA function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System, as published in the Federal Register (FR) on October 31, 2019, at 84 FR 58422; 60-0090, Master Beneficiary Record, as published in the FR on January 11, 2006, at 71 FR 1826; 60-0103, Supplemental Security Income Record and Special Veterans Benefits, as published in the FR on January 11, 2006, at 71 FR 1830; and 60-0320, entitled Electronic Disability Claim File, as published in the FR on June 4, 2020, at 85 FR 34477. Additional information, and a full listing of all of our SORNs, is available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. **Send only comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden to:** SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.

# Los Angeles Police Department
## INVESTIGATIVE REPORT

Page 6 of    03.01.00 (05/2021)

| | |
|---|---|
| **REPORT OF:** LOSS PROPERTY | **INVEST DIV.** CENT  **INC #** 22\|203002383  **DR #** |
| **UCR CODE** | ☐ COMBINED EVID. REPORT  ☐ MULTIPLE DRs ON THIS REPORT |

**CASE SCREENING FACTOR(S)** (TRANSIT SERVICES BUREAU)
- ☒ SUSPECT/VEHICLE NOT SEEN
- ☒ PRINTS OR OTHER EVIDENCE NOT PRESENT
- ☒ MO NOT DISTINCT
- ☒ PROPERTY LOSS LESS THAN $5,000
- ☒ NO SERIOUS INJURY TO VICTIM
- ☒ ONLY ONE VICTIM INVOLVED

**VICTIM**
- LAST NAME, FIRST, MIDDLE (OR NAME OF BUSINESS): MAXWELL, KENNETH J
- SEX: M  DESC: B  HT: 509  WT: 245  AGE: 44  DOB: 11/1/78
- ADDRESS R-: 1818 VINE BLVD LA  ZIP: 90028  PHONE: 713-433-9921  X: ☒
- B-:
- E-MAIL ADDRESS: KENNETHMAXWELL04@GMAIL  CELL PHONE: —
- DR. LIC. NO.: B8424192  FOREIGN LANGUAGE SPOKEN: —  OCCUPATION: DISABLED

**PREMISES** (SPECIFIC TYPE): BUSINESS  ☐ ATM

**ENTRY** 459/BFV POINT OF ENTRY / POINT OF EXIT
- ☐ FRONT  ☐ REAR  ☐ SIDE  ☐ ROOF  ☐ FLOOR  ☐ OTHER

METHOD:
INSTRUMENT/TOOL USED:

LOCATION OF OCCURRENCE: FIGUEROA / 7TH ST  SAME AS V'S ☐ RES ☐ BUS  R.D. 0161

PRINTS BY PREL. INV. ATTEMPT ☐Y ☒N  OBTAINED ☐Y ☒N

DATE & TIME OF OCCURRENCE: 12/3/22  1100-1130
DATE & TIME REPORTED TO PD: 12/3/22  1545

TYPE PROPERTY STOLEN/LOST/DAMAGED: WALLET / U.S. CURRENCY  STOLEN/LOST: $2,000  RECOVERED: $—  EST. DAMAGED ARSON/VAND.: $—

VICT'S VEH.: —
NOTIFICATION(S): —
CONNECTED REPORT(S): —

**MO**: VICTIM WENT TO STORE AND USED WALLET. VICTIM RETURNED HOME AND DISCOVERED WALLET MISSING. VICTIM RESPONDED TO STATION TO FILE THIS REPORT.

TRANSIT-RELATED INCIDENT ☐
MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM ☒
MOTIVATED BY HATRED/PREJUDICE ☐
DOMESTIC VIOLENCE ☐

SHOTS FIRED ☐

**REPORTING EMPLOYEE(S)**: INITIALS, LAST NAME: BRANNON, T  SERIAL NO.: 41241  DIV./DETAIL: DESK  PERSON REPORTING: X [signature]

# LOS ANGELES POLICE DEPARTMENT
## VICTIM'S SUPPLEMENTAL PROPERTY LOSS REPORT

03.04.00 (7/85)

WORK FOLDER — PERIOD ORIG. RPT. | INDEX NO.

PLEASE READ INSTRUCTIONS ON REVERSE BEFORE COMPLETING THIS FORM. SHADED AREAS FOR POLICE USE ONLY.

| MAIL OR BRING COMPLETED REPORT TO: (AREA OF OCCURRENCE) | TYPE CRIME | RD | DR |
|---|---|---|---|
| | LOST PROPERTY | | |
| STREET ADDRESS — DETECTIVES | VICTIM (AS ON ORIGINAL REPORT) | LOCATION OF OCCURRENCE | |
| | MAXWELL, KENNETH | HOLLYWOOD | |
| CITY — ZIP | DATE OF ORIGINAL REPORT | FOR DETECTIVE USE ONLY | |
| TELEPHONE | 12/3/22 | DELETE FROM ORIGINAL REPORT — ITEM NUMBERS | $ TOTAL VALUE DELETED | $ TOTAL LOSS ON THIS REPORT |

DATE OF THIS REPORT

NOTE TO VICTIM: Additional losses must be reported on this form to detectives within 5 days. If more time is needed, contact the assigned detective. TIMELY AND ACCURATE REPORTING OF LOSSES COULD ASSIST IN RECOVERY OF YOUR PROPERTY. TYPE THIS REPORT OR PRINT LEGIBLY USING BLACK INK OR PENCIL.

| QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISCELLANEOUS DESCRIPTION: COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC. | FAIR DOLLAR VALUE |
|---|---|---|---|---|---|---|
| | U.S. Currency | | | | 20, Hundred dollar bills. clothes | $2,000.00 |
| | U.S. Currency | | | | 8, Quarters, 10 dimes | $3.00 |
| | CA Driver License | | | | | |
| | Social Security Card | | | | | |
| | Los Angeles Public Library Card | | | | Identification | |
| | Los Angeles Trade Technical Student Identification Card | | | | | |
| | Coordinated Entry System Picture Identification Card | | | | | |
| | 2, Photo's, (1) picture of my deceased Father, (1) picture of me & my daughter | | | | her first birthday party | |
| | 6, Weekly $400.00 dollars Rent Receipts | | | | | |
| | Hubert H. Humphrey Comprehensive Health Center Medical Card | | | | | |
| | Union Rescue Mission Paper Identification Card | | | | | |
| | Yellow SpongeBob Wallet | | | | | |
| | Sony Headphone bag pocket size. | | | | | |
| | 2, Money Gram Receipts | | | | | |
| | Wool coin pocket size bag. | | | | | |

IF ADDITIONAL PAPER IS NEEDED, USE 8½" 11" WHITE PAPER USING ABOVE FORMAT.

THIS SECTION TO BE COMPLETED BY DETECTIVE AND RECORD UNITS | PERSON REPORTING (SIGNATURE + PHONE NO.)

SUPERVISOR APPROVING | SERIAL NO. | REPORTING DETECTIVE | SERIAL NO. | DIVISION

NOTE: UNDER CALIFORNIA LAW, IT IS A FELONY TO FILE A FALSE OR FRAUDULENT INSURANCE CLAIM.

X Kenneth James Maxwell, Jr.

DATE/TIME REPRODUCED | DIV. | CLERK

DAYTIME PHONE: 213-433-9921

(DISTRIBUTION SAME AS ORIGINAL REPORT)



U. S. Department of Justice

United States Attorney
Central District of California

# CIVIL RIGHTS COMPLAINT FORM

The United States Attorney's Office is charged with enforcing federal civil rights laws within the Central District of California, which includes the following seven counties: Los Angeles, Orange, Riverside, San Bernardino, San Luis Obispo, Santa Barbara, and Ventura. We therefore welcome information that brings to our attention possible violations of federal civil rights laws occurring within any of these counties.

**Person Filing Complaint:**

Name: Kenneth James Maxwell, II
Homeless - Whistleblower Retaliation "FBI"
Address 1: Mailing
Address 2: Only  7817 S. Figueroa Street, APT #05
City, State Zip: Los Angeles, California 90003
Phone: 1-213-433-9921 cell#   E-mail: kennethmaxwell104@gmail.com

**Person / Entity you are filing complaint about:**

Name: California's Attorney General Mr. Rob Bonta, Department of Justice
Address 1: 300 South Spring Street #Suite 1700
Address 2:
City, State Zip: Los Angeles, California, 90013
Phone: 1-213-269-6000   E-mail: _____

**Nature of Alleged Civil Rights Violation(s)** (check all that apply):

[ ] Disability Rights or Access  [ ] Housing Discrimination
[ ] Education  [ ] Police / Law Enforcement Misconduct
[ ] Employment Discrimination  [ ] Prisoner / Rights of other Institutional Persons
[X] Bias / Hate Crimes  [ ] Voting Rights
[X] Other (specify): A, Deprivation of Rights Under Color of Law 18 USC § 242
B, 42 U.S. Code § 1983, Civil Action For Deprivation of Rights
C, Subornation of Perjury - Penal Code Section 127
D, Title 18, U.S.C, Section 241 - Conspiracy Against Rights.

Please clearly describe the relevant incident(s). Include as much information as possible, including the date, place, nature of the incident(s), contact information for any witnesses and copies of any relevant documents. Please do not send original documents – if originals are needed, they will be requested. (Attach additional page(s) if necessary.)

Kenneth James Maxwell, JR V California's Attorney General Mr. Rob Bonta, 2:22-CV-00044-MWF-PVC January 4, 2022; Federal Tort Claim Act; "380, other personal property damage" California Central District Court 1, Witnesses District Judge "Michael W. Fitzgerald" 2, Witnesses District (Magistrate) Judge "Pedro V. Castillo"

Are additional pages attached? [X] Yes [ ] No  If so, how many? __2 pages__

Are you represented by an attorney in this matter? [ ] Yes [X] No

If yes, please provide the following information:

Attorney Name: Kenneth James Maxwell, JR "PLAINTIFF" "PRO PER"

Firm Name: Late Kenneth James Maxwell, Senior law firm

Address 1: Homeless - Whistleblower Retaliation "FBI"

Address 2: (mailing only) 7817 S. Figueroa Street, APT #05

City, State Zip: Los Angeles, California 90003

Phone: 1-213-433-9921 cell#   E-mail: KennethMaxwell04@gmail.com

Have you filed a lawsuit concerning this matter? [X] Yes [ ] No

If yes, please provide the following information:

Case Name: Kenneth James Maxwell, JR V, Honorable District Judge Michael W. Fitzgerald

Case Number: 2:22-CV-01667) 2255902

Court in which filed: California Central District Court

Current status: U.S. Court of Appeals For the Ninth Circuit No 2255902, D.C. No 2:22-CV-00044-MWF-PVC Wed November 30, 2022; Appellant's Opening Brief; Molly C. Dwyer Clerk of Court / Ruben Talavera Deputy Clerk - Ninth Circuit Rule 27-7

Have you filed a complaint about this matter with any other federal, state or local agency?
[✓] Yes [ ] No

If yes, please provide the following information: *111 N. Hill Street, Central Court House (Stanley Mosk) Probate Department*

Agency Name: *Superior Court of California, County of Los Angeles*

Contact Person: *Sherri R. Carter, Executive Officer / Clerk of Court*

Phone Number: *1-213-830-0850*

---

The volume of complaints prevents us from responding to every complaint we receive. Be assured, however, that we will carefully consider the information you have provided us to determine whether a violation of the federal civil rights laws may have occurred and if so, whether this Office has enforcement authority with respect to such a violation. If we determine that your complaint raises a potential violation of federal civil rights laws that would be within the jurisdiction of this Office to investigate and /or that further information from you is necessary for our investigation, you will be contacted.

---

**PLEASE UNDERSTAND THAT SUBMITTING THIS COMPLAINT FORM HAS NO EFFECT ON ANY STATUTE OF LIMITATIONS OR OTHER FILING REQUIREMENTS THAT MIGHT APPLY TO ANY CLAIM YOU MAY HAVE.**

**FURTHER, BY SUBMITTING THIS CLAIM YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING, AND THIS OFFICE HAS NOT INITIATED A SUIT OR PROCEEDING ON YOUR BEHALF.**

**IF YOU BELIEVE YOUR CIVIL RIGHTS HAVE BEEN VIOLATED, AND INTEND TO BRING A LAWSUIT, YOU SHOULD ALSO CONTACT A PRIVATE ATTORNEY.**

---

Please sign and date below to indicate your understanding of the terms above and verify the accuracy of all factual representations contained in this complaint form.

Signature: *Kenneth James Maxwell, Jr.*

Date: *December 6, 2022*

---

Send completed complaint form and any relevant documents to the following address:

Attn: Civil Rights Unit Chief, Civil Division
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
(213) 894-2879 (Phone)
(213) 894-7819 (Fax)